# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN R. WHITTINGTON,

        Petitioner,

v.

BRIAN WILLIAMS SR., et al.,

        Respondents.

Case No. 2:20-cv-00761-APG-VCF

**ORDER**

(ECF No. 1)

      Petitioner John R. Whittington, has filed an Application to Proceed *In Forma Pauperis*. ECF No. 1. Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. A federal district court may authorize a person to begin an action without prepaying fees and costs if the person submits an IFP application on the approved form along with the appropriate supporting documentation. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

      Although Whittington submitted the required form, the supporting documents show he is able to pay the $5.00 filing fee. Thus, he does not qualify for a fee waiver. I therefore deny his IFP application. Whittington has 45 days from the date of this order to pay the filing fee.

      I THEREFORE ORDER as follows:

1. Petitioner John R. Whittington's Application to Proceed *In Forma Pauperis* **(ECF No. 1) is DENIED**.

2. The initial screening of Whittington's petition for writ of habeas corpus under the Rules Governing Section 2254 Cases is deferred to until he has fully complied with this order.

3. Whittington must pay the $5.00 filing fee within 45 days of the date of this order.

4. The Clerk of Court is instructed to **MAIL** Whittington *two* copies of this order. Whittington must make the necessary arrangements to have a copy of this order attached to the check for the filing fee.

Failure to timely comply with this order will result in the dismissal of this action without further advance notice.

Dated: May 1, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE