# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN R. WHITTINGTON,

          Petitioner,

v.

BRIAN WILLIAMS SR., et al.,

          Respondents.

Case No. 2:20-cv-00761-APG-VCF

**ORDER**

(ECF No. 9)

     Good cause appearing, I THEREFORE ORDER that the Respondents' first Motion for Enlargement of Time **(ECF No. 9) is GRANTED**. The Respondents have until October 9, 2020, to file answer or otherwise respond to Petitioner John R. Whittington's Petition for Writ of Habeas Corpus (ECF No. 7).

     Dated: August 27, 2020

                                         ANDREW P. GORDON
                                         UNITED STATES DISTRICT JUDGE